OPINION — AG — **** RESIDENCE OF COLLEGE STUDENTS — VOTING PURPOSES **** EIGHTEEN YEAR OLD STUDENTS MAY REGISTER IN THE COMMUNITY WHERE THEY ATTEND COLLEGE AND VOTE IN CITY, COUNTY, STATE, AND FEDERAL ELECTIONS IF THEIR LEGAL RESIDENCE IS WHERE THEY ATTEND COLLEGE AND IF THEY ARE OTHERWISE QUALIFIED ELECTORS. CITE: ARTICLE II, SECTION 1, ARTICLE III, SECTION 1, 26 O.S. 1961 93.2 [26-93.2], OPINION NO. 70-168, 26 O.S. 1961 93.1 [26-93.1] (MARVIN C. EMERSON)